**Below is the Order of the Court.**

Marc Barreca
**U.S. Bankruptcy Judge**
(Dated as of Entered on Docket date above)

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF WASHINGTON, SEATTLE DIVISION

In re:

BOBBY G. PADGETT, II,

      Debtor.

_____

LORA ABERNATHY, ANEELAH AFZALI, QUAIS AFZALI, KEITH BACON, LORRIE LEE BROGAN, TIMOTHY PAUL BROGAN, ANNE M. BUCCI, JUDITH CEDERBLOM, PETER COOK, JAYNE DAUGHERTY, SARAH DRIGGS, RAYMOND W. ENSIGN, PAUL FREDERICK, CARLOS GONZALES, MARIA GONZALES, ANDREW HARNISH, BERNADEEN HARVEY, BOB HARVEY, DIANA HAYES, DYLAN HAYES, WILLIAM G. HOOPER, ENGRID E. HOOPER, JOHN NEWTON KORHUMEL, ALLEN LANG, MELISSA LANG, PAUL LOEB AND REBECCA HUGHES, SHAUNA LEVINE, MONICA LINSCOTT, JULIANNE MCVEY, KENNETH F. MILICI, PAMELA QUADROS, ALEXANDER B. REED, RICHARD P.

Case No. 13-20505-MLB

Adversary No. 14-01274-MLB

**ORDER DISMISSING ADVERSARY PROCEEDING**

ORDER DISMISSING ADVERSARY PROCEEDING - 1

OLES MORRISON RINKER & BAKER LLP
701 PIKE STREET, SUITE 1700
SEATTLE, WA 98101-3930
PHONE: (206) 623-3427
FAX: (206) 682-6234

RIENHARDT, ANDREW TRUJILLO, LAUREL TRUJILLO, THOMAS EDWARD VAUGHN, ESTELLE VOLLMECKE, ROBERT VOLLMECKE, SARAH WELCH, KRISTIN YUMI WONG, WALT ANTHONY YOSHINO,

      Plaintiffs,

  v.

BOBBY G. PADGETT, II,

      Defendant.

THIS MATTER having come before the Court upon the Stipulation Regarding Dismissal of Adversary Proceeding ("Stipulation"); the Court having reviewed the Stipulation, and finding that the parties have stipulated and agreed to the dismissal of this Adversary Proceeding; now, therefore, it is hereby

ORDERED as follows:

1. The Adversary Complaint may be dismissed, and this Adversary Proceeding closed, without prejudice to Plaintiffs' right to pursue their claims in state court.

2. The automatic stay was automatically terminated on November 21, 2014, at the time Defendant's waiver of discharge was approved by the Court.

3. The parties will bear their own fees and costs.

///End of Order///

//

ORDER DISMISSING ADVERSARY PROCEEDING - 2

**OLES MORRISON RINKER & BAKER LLP**
701 PIKE STREET, SUITE 1700
SEATTLE, WA 98101-3930
PHONE: (206) 623-3427
FAX: (206) 682-6234

Presented by:

OLES MORRISON RINKER & BAKER LLP

By  /s/ Jeffrey L. Smoot
   Jeffrey L. Smoot, WSBA #39335
   Attorneys for Defendant

Approved for entry by:

THE SULLIVAN LAW FIRM

By  /s/ Kevin P. Sullivan
   Kevin P. Sullivan, WSBA #11987
   Attorneys for Plaintiffs

4830-5590-5313, v. 1

ORDER DISMISSING ADVERSARY PROCEEDING - 3