UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF WASHINGTON

| | | |
|---|---|---|
| In Re: | ) | Case No. 13-20505 |
| | ) | |
| Bobby G. Padgett, II, | ) | *EX PARTE* MOTION FOR ORDER APPROVING WAIVER OF DEBTOR'S DISCHARGE AND AUTHORIZING DISMISSAL OF ADVERSARY PROCEEDING; DECLARATION OF MARTIN L. SMITH |
| Debtor. | ) | |

The United States Trustee hereby moves the Court for an *ex parte* order (1) approving a waiver of discharge herein by debtor Bobby G. Padgett, II (the "Debtor") and authorizing *ex parte* dismissal of a pending adversary proceeding (the "Motion"). The Motion is made pursuant to 11 U.S.C. § 727(a)(10) and Rules 2002(f), 4004(c), and 4006 of the Federal Rules of Bankruptcy Procedure, and based upon the attached Declaration of Martin L. Smith (the "Smith Decl.") and the records and files herein. In support of the Motion, the United States Trustee respectfully states as follows:

1. The Debtor filed a voluntary chapter 7 bankruptcy petition on December 2, 2013, initiating the above-referenced case (the "Chapter 7 Case").

2. Michael McCarty is the trustee in the Chapter 7 Case (the "Trustee").

*EX PARTE* MOTION FOR ORDER APPROVING
WAIVER OF DISCHARGE - 1

Office of the United States Trustee
700 Stewart Street, Suite 5103
Seattle, WA 98101-1271
206-553-2000, 206-553-2566 (fax)

3. On March 31, 2014, the United States Trustee timely filed a complaint objecting to the Debtor's discharge pursuant to 11 U.S.C. § 727, thereby initiating adversary proceeding no. 13-01150 (the "Adversary Proceeding").

4. The Debtor is currently represented by attorney Jeffrey L. Smoot of Oles Morrison Rinker & Baker LLP in the Chapter 7 Case and in the Adversary Proceeding. The Debtor has discussed waiver of his discharge and its ramifications with his attorney as recited in the Waiver.

5. In lieu of litigating the Adversary Proceeding, the Debtor has stipulated to a waiver of his discharge. A copy of the written waiver (the "Waiver") is attached hereto.

6. Nothing in the Waiver is intended to restrict or otherwise affect the right or ability of the United States Trustee or the Trustee to administer the Chapter 7 Case including, but not limited to, avoiding and/or recovering pursuant to 11 U.S.C. §§ 542, 544, 547, 548 or otherwise any transfers by the Debtor.

7. Under the facts and circumstances herein, the United States Trustee respectfully asks the relief be granted on an *ex parte* basis. In most instances where a plaintiff is seeking to dismiss a complaint objecting to discharge a noticed hearing is appropriate. The reason for the notice and hearing is for the Court to make sure before an action for the benefit of all creditors is dismissed that the creditor-plaintiff did not receive some form of inappropriate consideration, *e.g.* a separate payment on the creditor's claim, in exchange for the dismissal. In this instance, there is no such concern. The United States Trustee brought the action - not a creditor - and the United States Trustee is not receiving any consideration other than the waiver of discharge by the Debtor for dismissing the adversary proceeding. Also, Fed.R.Bankr.P. 7041 does not on its face require a noticed hearing, just that "a complaint objecting to the debtor's discharge shall not be dismissed at the plaintiff's instance without notice to the trustee, the United States trustee, and such other persons as the court may direct". Here, the Trustee has no objection to seeking approval of the Waiver and dismissal of the Adversary Proceeding on an *ex parte* basis. Smith Decl., ¶ 3.

*EX PARTE* MOTION FOR ORDER APPROVING
WAIVER OF DISCHARGE - 2

Office of the United States Trustee
700 Stewart Street, Suite 5103
Seattle, WA 98101-1271
206-553-2000, 206-553-2566 (fax)

8. An order granting the requested relief is being submitted concurrently herewith.

WHEREFORE, based upon the foregoing, the United States Trustee requests that the Court enter an *ex parte* order approving the Waiver and authorizing the submission of an *ex parte* Order dismissing the Adversary Proceeding.

Dated this 18th day of November, 2014.

          Gail Brehm Geiger
          Acting U.S. Trustee for Region 18

          /s / Martin L. Smith
          Martin L. Smith, WSBA #24861
          Attorney for United States Trustee

*EX PARTE* MOTION FOR ORDER APPROVING WAIVER OF DISCHARGE - 3

Office of the United States Trustee
700 Stewart Street, Suite 5103
Seattle, WA 98101-1271
206-553-2000, 206-553-2566 (fax)

## DECLARATION OF MARTIN L. SMITH

I, Martin L. Smith, declare as follows:

1. I am a trial attorney employed by the United States Department of Justice in the Office of the United States Trustee.

2. I have personal knowledge of the facts set forth herein and, if called as a witness, I would testify competently thereto.

3. On November 18, 2014, I emailed Michael McCarty, the chapter 7 trustee in the above-captioned chapter 7 case. Mr. McCarty responded by email that he did not object to *ex parte* approval of the Waiver and to the subsequent *ex parte* dismissal of the Adversary Proceeding.

I declare under penalty of perjury that the foregoing is true and correct.

Executed this 18th day of November, 2014.

    /s/ Martin L. Smith
    Martin L. Smith

*EX PARTE* MOTION FOR ORDER APPROVING
WAIVER OF DISCHARGE - 4

Office of the United States Trustee
700 Stewart Street, Suite 5103
Seattle, WA 98101-1271
206-553-2000, 206-553-2566 (fax)