Entered on Docket November 21, 2014

**Below is the Order of the Court.**

_____
**Marc Barreca
U.S. Bankruptcy Judge
(Dated as of Entered on Docket date above)**

_____

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF WASHINGTON

| | | |
|---|---|---|
| In Re: | ) | Case No. 13-20505 |
| | ) | |
| Bobby G. Padgett, II, | ) | *EX PARTE* ORDER APPROVING |
| | ) | DEBTOR'S WAIVER OF DISCHARGE |
| Debtor. | ) | AND AUTHORIZING DISMISSAL OF |
| | ) | ADVERSARY PROCEEDING |
| | ) | |
| | ) | |
| | ) | |

This matter came before the Court on the United States Trustee's *Ex Parte* Motion for Order Approving Debtor's Waiver of Discharge and Authorizing Dismissal of Adversary Proceeding (the "Motion"). The Court has reviewed and considered the Motion, the Declaration of Martin L. Smith and waiver of discharge attached to the Motion, and the records and files herein. Based upon the foregoing, the Court finds that notice of the Motion was adequate under the circumstances and that the Motion should be granted, and therefore

IT IS HEREBY ORDERED THAT

A.    The Motion is granted;

B.    The written waiver of discharge executed by debtor Bobby G. Padgett, II (the "Debtor") as attached to the Motion is hereby approved.

C.    The Debtor shall not be granted a discharge in this chapter 7 case.

*EX PARTE* ORDER APPROVING WAIVER OF DISCHARGE - 1

D. Pursuant to Bankruptcy Rule 4006, upon entry of this Order the Clerk of the Bankruptcy Court shall promptly give notice thereof to all creditors in the manner provided in Bankruptcy Rule 2002(f); and

E. The United States Trustee is authorized to file an *ex parte* Order dismissing adversary proceeding no. 14-01150.

/// END OF ORDER ///

Presented by:

Gail Brehm Geiger
Acting U.S. Trustee for Region 18


    /s/ Martin L. Smith
Martin L. Smith, WSBA #24861
Attorney for United States Trustee

*EX PARTE* ORDER APPROVING WAIVER OF DISCHARGE - 2

Office of the United States Trustee
700 Stewart Street, Suite 5103
Seattle, WA 98101-1271
206-553-2000, 206-553-2566 (fax)