Judge: Marc L. Barreca
Chapter: 7

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF WASHINGTON AT SEATTLE

In re:

BOBBY G. PADGETT, II,

Debtor.

Case No. 13-20505-MLB

**_EX PARTE_ APPLICATION FOR ORDER AUTHORIZING EMPLOYMENT OF REAL ESTATE AGENT FOR ESTATE**

Michael B. McCarty, the duly appointed Chapter 7 Trustee ("Trustee") in the above-captioned bankruptcy case, by and through his counsel of record, Denice E. Moewes, and WOOD & JONES, P.S., applies to this Court for authority to employ Jim Myers and RE/MAX Metro Realty, Inc., as real estate agent for the Trustee as set forth below.

1. On December 2, 2013, Bobby G. Padgett, II, filed a Chapter 7 bankruptcy petition in the United States Bankruptcy Court for the Western District of Washington at Seattle, and on December 3, 2013, Michael B. McCarty was appointed as the Chapter 7 Trustee of the Estate.

2. The Trustee desires to hire Jim Myers and RE/MAX Metro Realty, Inc., to sell real property located at 1703 – 41st Avenue S.W., Seattle, King County, Washington 98116.

3. The Trustee is aware of no connections between Jim Myers and the debtor, creditors, any party in interest, their respective attorneys and accountants, the United States Trustee, or any person employed in the office of the United States Trustee. No notice to creditors or interested parties of this motion is necessary pursuant to 11 U.S.C. Section 102(1) and FRBP 2002.
*EX PARTE APPLICATION FOR* ORDER AUTHORIZING EMPLOYMENT
OF REAL ESTATE AGENT FOR THE ESTATE
Page 1

**WOOD & JONES, P.S**.
303 N 67th Street
SEATTLE , WA 98103
(206) 623-4382

WHEREFORE, the Trustee applies to the Court for an order authorizing the employment of Jim Myers and RE/MAX Realty, Inc., to list and sell property of the estate as described in this application, with all compensation subject to Court order upon notice to creditors and a hearing.

Respectfully submitted this 9th day of June, 2015.

WOOD & JONES, P.S.

*/s/ Denice E. Moewes*
Denice E. Moewes, WSBA #19464, Attorney
for Michael B. McCarty, Chapter 7 Trustee

I certify that on June 9, 2015, under penalty of perjury that I caused a copy of the foregoing document to be delivered to the U.S. Trustee by email at: USTPRegion18.SE.ECF@usdoj.gov.

*/s/ Marsha Honda*
Marsha Honda

Myers - app to hire

*EX PARTE APPLICATION FOR* ORDER AUTHORIZING EMPLOYMENT
OF REAL ESTATE AGENT FOR THE ESTATE
Page 2

**WOOD & JONES, P.S**.
303 N 67th Street
SEATTLE , WA 98103
(206) 623-4382

Form 1A
Exclusive Sale
Rev. 6/13
Page 1 of 2

EXCLUSIVE SALE AND LISTING AGREEMENT

©Copyright 2013
Northwest Multiple Listing Service
ALL RIGHTS RESERVED

__Michael B. McCarty Bankruptcy Trustee as Seller for Bobby G. Padgett__ ("Seller") 1
hereby grants to __RE/MAX Metro Realty, Inc.__ , ("Real Estate Firm" or "Firm") 2
from date hereof until midnight of __December 10, 2015__ ("Listing Term"), the sole and exclusive right 3
to submit offers to purchase, and to receipt for deposits in connection therewith, the real property ("the Property") 4
commonly known as __1703 41st Avenue SW__ , 5
City __Seattle__ , County __King__ , Washington, Zip __98116__ ; 6
to be listed at $ _____ and legally described as: LOT _____ , BLOCK _____ , 7
DIVISION _____ , VOL _____ , PAGE _____ 8
_____ . 9

1. **DEFINITIONS.** For purposes of this Agreement: (a) "MLS" means the Northwest Multiple Listing Service; and (b) "sell" 10
includes a contract to sell; an exchange or contract to exchange; an option to purchase; and/or a lease with option to 11
purchase. 12

2. **AGENCY/DUAL AGENCY.** Seller authorizes Firm to appoint __Jim Myers__ 13
as Seller's Listing Broker. This Agreement creates an agency relationship with Listing Broker and any of Firm's brokers 14
who supervise Listing Broker's performance as Seller's agent ("Supervising Broker"). No other brokers affiliated with 15
Firm are agents of Seller, except to the extent that Firm, in its discretion, appoints other brokers to act on Seller's behalf 16
as and when needed. If the Property is sold to a buyer represented by one of Firm's brokers other than Listing Broker 17
("Buyer's Broker"), Seller consents to any Supervising Broker, who also supervises Buyer's Broker, acting as a dual 18
agent. If the Property is sold to a buyer who Listing Broker also represents, Seller consents to Listing Broker and 19
Supervising Broker acting as dual agents. If any of Firm's brokers act as a dual agent, Firm shall be entitled to the entire 20
commission payable under this Agreement plus any additional compensation Firm may have negotiated with the buyer. 21
Seller acknowledges receipt of the pamphlet entitled "The Law of Real Estate Agency." 22

3. **LIST DATE.** Firm shall submit this listing, including the Property information on the attached pages and photographs of 23
the Property (collectively, "Listing Data"), to be published by MLS by 5:00 p.m. on _____ ("List Date"), 24
which date shall not be more than 30 days from the effective date of the Agreement. Seller acknowledges that exposure 25
of the Property to the open market through MLS will increase the likelihood that Seller will receive fair market value for 26
the Property. Accordingly, prior to the List Date, Firm and Seller shall not promote or advertise the Property in any 27
manner whatsoever, including, but not limited to yard or other signs, flyers, websites, e-mails, texts, mailers, magazines, 28
newspapers, open houses, previews, showings, or tours. 29

4. **COMMISSION.** If during the Listing Term (a) Seller sells the Property and the buyer does not terminate the agreement 30
prior to closing; or (b) after reasonable exposure of the Property to the market, Firm procures a buyer who is ready, 31
willing, and able to purchase the Property on the terms in this Agreement, Seller will pay Firm a commission of (fill in 32
one and strike the other) __6__ % of the sales price, or $ _____ ("Total Commission"). From the 33
Total Commission, Firm will offer a cooperating member of MLS representing a buyer ("Selling Firm") a commission of 34
(fill in one and strike the other) __3__ % of the sales price, or $ _____ . Further, if Seller shall, within six 35
months after the expiration of the Listing Term, sell the Property to any person to whose attention it was brought 36
through the signs, advertising or other action of Firm, or on information secured directly or indirectly from or through 37
Firm, during the Listing Term, Seller will pay Firm the above commission. Provided, that if Seller pays a commission to a 38
member of MLS or a cooperating MLS in conjunction with a sale, the amount of commission payable to Firm shall be 39
reduced by the amount paid to such other member(s). Provided further, that if Seller cancels this Agreement without 40
legal cause, Seller may be liable for damages incurred by Firm as a result of such cancellation, regardless of whether 41
Seller pays a commission to another MLS member. Selling Firm is an intended third party beneficiary of this Agreement. 42

5. **SHORT SALE / NO DISTRESSED HOME CONVEYANCE.** If the proceeds from the sale of the Property are insufficient 43
to cover the Seller's costs at closing, Seller acknowledges that the decision by any beneficiary or mortgagee, or its 44
assignees, to release its interest in the Property, for less than the amount owed, does not automatically relieve Seller of 45
the obligation to pay any debt or costs remaining at closing, including fees such as Firm's commission. Firm will not 46
represent or assist Seller in a transaction that is a "Distressed Home Conveyance" as defined by Chapter 61.34 RCW 47
unless otherwise agreed in writing. A "Distressed Home Conveyance" is a transaction where a buyer purchases 48
property from a "Distressed Homeowner" (defined by Chapter 61.34 RCW), allows the Distressed Homeowner to 49
continue to occupy the property, and promises to convey the property back to the Distressed Homeowner or promises 50
the Distressed Homeowner an interest in, or portion of, the proceeds from a resale of the property. 51

_____ _____ _____ _____
Seller's Initials   Date   Seller's Initials   Date

Form 1A
Exclusive Sale
Rev. 6/13
Page 2 of 2

**EXCLUSIVE SALE AND LISTING AGREEMENT**
*Continued*

©Copyright 2013
Northwest Multiple Listing Service
ALL RIGHTS RESERVED

6. **KEYBOX.** Firm is authorized to install a keybox on the Property. Such keybox may be opened by a master key held by members of MLS and their brokers. A master key also may be held by affiliated third parties such as inspectors and appraisers who cannot have access to the Property without Firm's prior approval which will not be given without Firm first making reasonable efforts to obtain Seller's approval.

7. **SELLER'S WARRANTIES AND REPRESENTATIONS.** Seller warrants that Seller has the right to sell the Property on the terms herein and that the Property information on the attached pages to this Agreement is correct. Further, Seller represents that to the best of Seller's knowledge, there are no structures or boundary indicators that either encroach on adjacent property or on the Property. Seller authorizes Firm to provide the information in this Agreement and the attached pages to prospective buyers and to other cooperating members of MLS who do not represent the Seller and, in some instances, may represent the buyer. Seller agrees to indemnify and hold Firm and other members of MLS harmless in the event the foregoing warranties and representations are incorrect.

8. **CLOSING COSTS.** Seller shall furnish and pay for a buyer's policy of title insurance showing marketable title to the Property. Seller shall pay real estate excise tax and one-half of any escrow fees or such portion of escrow fees and any other fees or charges as provided by law in the case of a FHA or VA financed sale. Rent, taxes, interest, reserves, assumed encumbrances, homeowner fees and insurance are to be prorated between Seller and the buyer as of the date of closing.

9. **MULTIPLE LISTING SERVICE.** Seller authorizes Firm and MLS to publish the Listing Data and distribute it to other members of MLS and their affiliates and third parties for public display and other purposes. This authorization shall survive the termination of this Agreement. Firm is authorized to report the sale of the Property (including price and all terms) to MLS and to its members, financial institutions, appraisers, and others related to the sale. Firm may refer this listing to any other cooperating multiple listing service at Firm's discretion. Firm shall cooperate with all other members of MLS, or of a multiple listing service to which this listing is referred, in working toward the sale of the Property. Regardless of whether a cooperating MLS member is the agent of the buyer, Seller, neither or both, such member shall be entitled to receive the selling firm's share of the commission. MLS is an intended third party beneficiary of this agreement and will provide the Listing Data to its members and their affiliates and third parties, without verification and without assuming any responsibility with respect to this agreement.

10. **DISCLAIMER/SELLER'S INSURANCE.** Neither Firm, MLS, nor any members of MLS or of any multiple listing service to which this listing is referred shall be responsible for loss, theft, or damage of any nature or kind whatsoever to the Property and/or to any personal property therein, including entry by the master key to the keybox and/or at open houses. Seller is advised to notify Seller's insurance company that the Property is listed for sale and ascertain that the Seller has adequate insurance coverage. If the Property is to be vacant during all or part of the Listing Term, Seller should request that a "vacancy clause" be added to Seller's insurance policy.

11. **FIRM'S RIGHT TO MARKET THE PROPERTY.** Seller shall not commit any act which materially impairs Firm's ability to market and sell the Property under the terms of this Agreement. In the event of breach of the foregoing, Seller shall pay Firm a commission in the above amount, or at the above rate applied to the listing price herein, whichever is applicable. Unless otherwise agreed in writing, Firm and other members of MLS shall be entitled to show the Property at all reasonable times. Firm need not submit to Seller any offers to lease, rent, execute an option to purchase, or enter into any agreement other than for immediate sale of the Property.

12. **SELLER DISCLOSURE STATEMENT.** Unless Seller is exempt under RCW 64.06, Seller shall provide to Firm as soon as reasonably practicable a completed and signed "Seller Disclosure Statement" (Form 17 (Residential), Form 17C (Unimproved Residential), or Form 17 Commercial). Seller agrees to indemnify, defend and hold Firm harmless from and against any and all claims that the information Seller provides on Form 17, Form 17C, or Form 17 Commercial is inaccurate.

13. **DAMAGES IN THE EVENT OF BUYER'S BREACH.** In the event Seller retains earnest money as liquidated damages on a buyer's breach, any costs advanced or committed by Firm on Seller's behalf shall be paid therefrom and the balance divided equally between Seller and Firm.

14. **ATTORNEYS' FEES.** In the event either party employs an attorney to enforce any terms of this Agreement and is successful, the other party agrees to pay reasonable attorneys' fees. In the event of trial, the successful party shall be entitled to an award of attorneys' fees and expenses; the amount of the attorneys' fees and expenses shall be fixed by the court. The venue of any suit shall be the county in which the Property is located.

Are the undersigned the sole owner(s)? ❏ YES ❏ NO

_____  _____
Seller's Signature                                Date

_____  _____
Seller's Signature                                Date

RE/MAX Metro Realty, Inc.
_____
Real Estate Firm

_____  _____
Broker's Signature                               Date

NWMLS Form 1 Rev. 1/15
Copyright 2015
Northwest Multiple Listing Service
All Rights Reserved

RESIDENTIAL Exclusive Listing Agreement (page 1 of 4)
LISTING INPUT SHEET

PROPERTY TYPE **1**

## ADDRESS

• Indicates Required information   ( ) Indicates Maximum Choice   LISTING #

- **County:** King
- **City:** Seattle
- **ZIP Code:** 98116   + 4:
- **Area:** 140
- **Community/District:** Admiral
- **Street # (HSN):** 1703
- **Modifier:** —
- **Direction:**
- **Street Name:** 41st
- **Suffix:** Avenue
- **Post Direction:** SW
- **Unit #:**

## LISTING

- **Listing Price:** $
- **Listing Date:**
- **Expiration Date:** 12/10/2015
- **Tax ID#:** 9274203975
- **Preliminary Title Ordered:** Yes

## LOCATION

- **Lot Number:**
- **Block:**
- **Plat/Subdivision/Building Name:**
- **MAP BOOK:** Thomas Brothers
- **Map Page:** 594
- **Top Map Coord.:** E
- **Side Map Coord.:** 1

## PROPERTY INFORMATION

- **Prohibit Blogging:** Yes
- **Allow Automated Valuation:** Yes
- **Show Map Link:** Yes
- **Internet Advertising:** Yes
- **Show Address to Public:** Yes
- **SOC (Selling Office Com.):** 3
- **Selling Office Commission Comments (40 characters maximum):**
- **Year Built:** 1905
- **Effective Year Built:**
- **Effective Year Built Source:**
- **ASF - Total (Square Feet):** 2,998
- **Lot Size (Square Feet):** 10,112
- **Lot Size Source:** Realist
- **Virtual Tour URL (Please include http:// ):**

## BROKER INFORMATION

- **LAG / Listing Broker ID#:** 35051
- **Broker Name and Phone:** Jim Myers  206-930-3130
- **Listing Firm - ID#:** 7008
- **Firm Name and Phone:** RE/MAX Metro Realty, Inc.
- **Co Broker - ID#:**
- **CO Broker Name and Phone:**
- **Co Firm - ID#:**
- **Co Firm Name and Phone:**

## LISTING INFORMATION

**• Possession (3)**
- [x] Closing
- [ ] Negotiable
- [ ] See Remarks
- [ ] Sub. Tenant's Rights

**• Showing Information (10)**
- [ ] Appointment
- [ ] Call Listing Office
- [ ] Day Sleeper
- [ ] Gate Code Needed
- [x] MLS Keybox
- [ ] Other Keybox
- [ ] Owner-Call First
- [ ] Pet in House
- [ ] Power Off
- [ ] Renter-Call First
- [ ] Security System
- [x] See Remarks
- [ ] Vacant

**• Potential Terms (10)**
- [ ] Assumable
- [x] Cash Out
- [x] Conventional
- [ ] Farm Home Loan
- [ ] FHA
- [ ] Lease/Purchase
- [ ] Owner Financing
- [ ] Rehab Loan
- [ ] See Remarks
- [ ] State Bond
- [ ] USDA
- [ ] VA

- **Tax Year:** 2015
- **Annual Taxes:** $ 10,382.00
- **Senior Exemption:** No
- **Right of First Refusal:** No
- **Monthly H.O. Dues:** $
- **Monthly Rent:** $
- **Form 17:** Exempt

INITIALS: _____ Seller  _____ Date  _____ Seller  _____ Date  _____ Broker  _____ Date

NWMLS Form 1 Rev. 1/15
Copyright 2015
Northwest Multiple Listing Service
All Rights Reserved

RESIDENTIAL Exclusive Listing Agreement (page 2 of 4)
LISTING INPUT SHEET

PROPERTY TYPE **1**

Listing Address: 1703 41st Ave SW, Seattle, WA 98116      LAG # 35051

## SCHOOL & OWNER INFO.

**Seattle**
• School District

Elementary School

Junior High/Middle School

Senior High School

**Trustee for Padgett**
• Owner Name

Owner Name 2

**000-000-0000**
• Owner's Phone

**Tenant**
• Occupant Type
(Owner/Presale/Tenant/Vacant)

**206-930-3130**
• Phone to Show

**Bremerton, WA**
• Owner's City and State

• Occupant's Name

**No**
• Bank Owned/REO

• 3rd Party App. Req. (2)
☒ None   ☐ Short Sale
☐ Other - See Remarks

**No**
• Auction

## SITE INFORMATION

Lot Dimensions

Waterfront Footage (Feet)

Pool

Zoning Code

Zoning Jurisdiction

**Lot Topog./Veg. (7)**
☐ Brush      ☐ Pasture
☐ Dune       ☐ Rolling
☐ Equestrian ☐ Sloped
☐ Fruit Trees ☐ Steep Slope
☒ Garden Sp. ☐ Terraces
☐ Level      ☐ Wooded
☐ Partial Slope

**View (6)**
☐ Bay        ☐ Ocean
☐ Canal      ☐ Partial
☒ City       ☐ River
☐ Golf Course ☒ See Remarks
☐ Jetty      ☒ Sound
☐ Lake       ☐ Strait
☒ Mountain   ☒ Territorial

**Waterfront (5)**
☐ Bank-High    ☐ Lake
☐ Bank-Low     ☐ No Bank
☐ Bank Medium  ☐ Ocean
☐ Bay          ☐ River
☐ Bulkhead     ☐ Saltwater
☐ Canal        ☐ Sound
☐ Creek        ☐ Strait
☐ Jetty        ☐ Tideland Rights

**Site Features (14)**
☐ Arena-Indoor        ☒ Deck           ☐ Gated Entry        ☐ Propane
☐ Arena-Outdoor       ☐ Disabled Access ☐ Green House       ☒ RV Parking
☐ Athletic Court      ☐ Dock            ☐ High Speed Internet ☐ Shop
☐ Barn                ☐ Dog Run         ☐ Hot Tub/Spa        ☐ Sprinkler System
☐ Boat House          ☐ Fenced-Fully    ☐ Moorage            ☐ Stable
☐ Cabana/Gazebo       ☐ Fenced-Partially ☐ Outbuildings
☒ Cable TV            ☐ Gas Available   ☒ Patio

**Lot Details (7)**
☐ Alley            ☐ High Voltage Line
☐ Corner Lot       ☐ Open Space
☐ Cul-de-sac       ☒ Paved Street
☒ Curbs            ☐ Secluded
☐ Dead End St.     ☒ Sidewalk
☐ Drought Res Landscape  ☐ Value in Land

## BUILDING INFORMATION

• **Sewer (2)**
☐ Available   ☐ Septic
☐ None        ☒ Sewer Connected

**Basement (3)**
☐ Daylight         ☐ Partially Finished
☐ Fully Finished   ☐ Roughed In
☐ None             ☒ Unfinished

• **Parking Type (4)**
☐ Carport-Attached    ☐ Garage-Detached
☐ Carport-Detached    ☐ None
☐ Garage-Attached     ☒ Off Street

Aprvd # of Bedrooms (septic)

• Total Covered Parking

Builder

• New Construction

New Construction State

• **Building Information (3)**
☐ Addl. Dwelling    ☐ Modular
☒ Built on Lot      ☐ Planned Unit Dev
☐ Manufd. Home      ☐ Zero Lot Line

**18 - 2 Stories w/Bsmnt**
• Style Code

Manufactured Home Serial No.

Manufactured Home Manufacturer

Manufactured Home Model Number

• **Exterior (4)**
☐ Brick            ☐ Metal/Vinyl     ☒ Wood
☐ Cement Planked   ☐ See Remarks     ☐ Wood Products
☐ Cement/Concrete  ☐ Stone
☐ Log              ☐ Stucco

• **Foundation (3)**
☐ Concrete Block    ☐ Post & Pillar      ☐ Slab
☐ Concrete Ribbon   ☒ Poured Concrete    ☐ Tie down
☐ Post & Block      ☐ See Remarks

Building Condition

• **Roof (3)**
☐ Built-up       ☐ Flat           ☐ See Remarks
☒ Cedar Shake    ☐ Green (Living) ☐ Tile
☒ Composition    ☐ Metal          ☐ Torch Down

**Craftsman**
Architecture

INITIALS: _____  _____    _____  _____    _____  _____
         Seller   Date        Seller   Date        Broker   Date

NWMLS Form 1 Rev. 1/15
Copyright 2015
Northwest Multiple Listing Service
All Rights Reserved

RESIDENTIAL Exclusive Listing Agreement (page 3 of 4)
LISTING INPUT SHEET

PROPERTY TYPE **1**

Listing Address: 1703 41st Ave SW, Seattle, WA 98116    LAG # 35051

## GREEN BUILDING INFO

**Green Certification** (4)
- ☐ Built Green™
- ☐ LEED™
- ☐ Northwest ENERGY STAR®
- ☐ Other - See Remarks

Built Green™ _____    LEED™ _____    Northwest ENERGY STAR® _____

**Construction Methods** (2)
- ☐ Advanced Wall
- ☐ Double Wall
- ☐ Ins. Concrete Form (ICF)
- ☐ Post & Beam
- ☐ Standard Frame
- ☐ Steel & Concrete
- ☐ Strawbale
- ☐ Structural Ins. Panel (SIPs)
- ☐ Tilt-up

EPS Energy Score (0-99,999kWh) _____    HERS Index Score (0-150) _____

## INTERIOR FEATURES

*(Approximate Square Footage Excluding Garage)*

**2,988** Finished    _____ Unfinished    **Realist** • Square Footage Source

**1** Lower Fireplaces    **1** Upper Fireplaces    **1** Main Fireplaces    **Wood** Type of Fireplace

_____ Leased Equipment    _____ Water Heater Type    _____ Water Heater Location

• **Energy Source** (6)
- ☐ Electric
- ☐ Geothermal
- ☐ Ground Source
- ☑ Natural Gas
- ☐ Oil
- ☐ Pellet
- ☐ Propane
- ☐ See Remarks
- ☐ Solar (Unspecified)
- ☐ Solar Hot Water
- ☐ Solar PV
- ☐ Wood

• **Heating/Cooling** (8)
- ☐ 90%+ High Efficiency
- ☐ Baseboard
- ☐ Central A/C
- ☐ Ductless HP-Mini Split
- ☑ Forced Air
- ☐ Heat Pump
- ☐ HEPA Air Filtration
- ☐ High Efficiency (Unspecified)
- ☐ Hot Water Recirc Pump
- ☐ HRV/ERV System
- ☐ Insert
- ☐ None
- ☐ Other - See Remarks
- ☐ Radiant
- ☐ Radiator
- ☐ Stove/Free Standing
- ☐ Tankless Water Heater
- ☐ Wall

**Floor Covering** (5)
- ☐ Bamboo/Cork
- ☐ Ceramic Tile
- ☐ Concrete
- ☐ Fir/Softwood
- ☑ Hardwood
- ☐ Laminate
- ☐ Other Renewable
- ☐ See Remarks
- ☐ Slate
- ☑ Vinyl
- ☐ Wall to Wall Carpet

**Interior Features** (16)
- ☐ 2nd Kitchen
- ☐ 2nd Mstr BR
- ☐ Bath Off Master
- ☐ Built-in Vacuum
- ☐ Ceiling Fan(s)
- ☑ Dbl Pane/Strm Windw
- ☑ Dining Room
- ☐ Disabled Access
- ☐ FP in Mstr BR
- ☐ French Doors
- ☐ High Tech Cabling
- ☐ Hot Tub/Spa
- ☐ Jetted Tub
- ☐ Loft
- ☐ Sauna
- ☐ Security System
- ☐ Skylights
- ☐ Solarium/Atrium
- ☐ Vaulted Ceilings
- ☐ Walk-in Pantry
- ☐ Walk-in Closet
- ☐ Wet Bar
- ☐ Wine Cellar
- ☐ Wired for Generator

**Appliances That Stay** (10)
- ☐ Dishwasher
- ☐ Double Oven
- ☐ Dryer
- ☐ Garbage Disposal
- ☐ Microwave
- ☑ Range/Oven
- ☐ Refrigerator
- ☐ See Remarks
- ☐ Trash Compactor
- ☐ Washer

## UTILITY/COMMUNITY

**Community Features** (8)
- ☐ Age Restriction
- ☐ Airfield
- ☐ Boat Launch
- ☐ CCRs
- ☐ Clubhouse
- ☐ Community Waterfront/Pvt. Beach Access
- ☐ Golf Course
- ☐ Tennis Courts

• **Water Source** (3)
- ☐ Community
- ☐ Individual Well
- ☐ Lake
- ☐ Private
- ☑ Public
- ☐ See Remarks
- ☐ Shared Well
- ☐ Shares
- ☐ Well Needed

_____ Water Company    _____ Power Company    _____ Sewer Company

_____ Bus Line Nearby    _____ Bus Route Number

INITIALS: _____ Seller _____ Date _____ Seller _____ Date _____ Broker _____ Date

NWMLS Form 1 Rev. 1/15  
Copyright 2015  
Northwest Multiple Listing Service  
All Rights Reserved

**RESIDENTIAL Exclusive Listing Agreement (page 4 of 4)**  
**LISTING INPUT SHEET**

PROPERTY TYPE **1**

Listing Address: 1703 41st Ave SW, Seattle, WA 98116     LAG # 35051

## ROOM LOCATION

• **Level** (1)   U for Upper   M for Main   L for Lower   S for Split   G for Garage

| Room | Level | Room | Level | Room | Level |
|---|---|---|---|---|---|
| Entry | M | Kit w/o Eating Space | | Extra Fin. Room | |
| Living Room | M | Master Bedroom | U | Rec Room | |
| Dining Room | M | Bonus Room | U | Family Room | |
| Kit with Eating Space | M | Den/Office | | Great Room | |

No. of Bedrooms    U _1_   M _3_   L ___  
No. of Full Baths    U _1_   M ___   L ___   G ___  
No. of ¾ Baths    U ___   M _1_   L ___   G ___  
No. of ½ Baths    U ___   M ___   L ___   G ___  

Utility Room    U _x_   M ___   L ___   G ___  
Approved Accessory Dwelling Unit    U ___   M ___   L ___  

## REMARKS

**Marketing Remarks.** CAUTION! The comments you make in the following lines are limited to descriptions of the land and improvements only. These remarks will appear in the client handouts and websites. (500)

Breathtaking 180 degree views of the Sound, city and the mountains. Views from almost every room.

**Confidential Broker-Only Remarks.** Comments in this category are for broker's use only. (250)

Subject to Bankruptcy Court approval. First Am-Title/Law Offices of Wanda Nuxoll-Escrow. Call LA before writing for instruction.

• **Driving Directions to Property** (200)

Admiral Way, North on 41st Ave SW to end of street.

INITIALS: _____   _____   _____   _____   _____   _____  
Seller    Date    Seller    Date    Broker    Date

Form 7B
Seller Info Undisclosed
Rev. 8/11
Page 1 of 1

©Copyright 2011
Northwest Multiple Listing Service
ALL RIGHTS RESERVED

# SELLER'S REQUEST FOR RESTRICTION ON SHOWING AND SALE
*Seller's Information Undisclosed*

<u>Michael B. McCarty Bankruptcy Trustee as Seller for Bobby G. Padgett</u> ("Seller")

hereby requests that <u>RE/MAX Metro Realty, Inc.</u> , ("Listing Firm")

impose the following restriction on showing and sale of the real property located at:

<u>1703 41st Avenue SW, Seattle, WA 9811</u> ("the Property").

The Property's listing information includes the property owner's name and phone number, which are only made available to other real estate brokers, not the public.

Seller requests that ☑ Seller's name; ☑ Seller's phone number ( <u>360-377-2516</u> ) be omitted from the information included in the Property's listing and shall not be made available to other real estate brokers.

A buyer's broker is permitted to contact Seller to inform Seller that the broker has an offer or counteroffer to present to Seller, after the buyer's broker informs the Listing Firm of the offer. A buyer's broker is also permitted to contact Seller to present an offer or counteroffer to Seller if the Listing Firm fails to timely respond to buyer's broker. In addition, under certain circumstances, a buyer's broker may contact Seller to schedule a showing of the Property.

Seller understands that this restriction may delay the presentation of an offer if the Listing Firm is unavailable at the time of the offer or counteroffer. Seller understands that this restriction may limit the number of potential buyers that view the Property if the Listing Firm is unavailable at the time a potential buyer wishes to view the Property. Seller also understands that this restriction may inhibit the sale of the Property.

Seller's Signature: _____  Date: _____

Seller's Signature: _____  Date: _____

## FIRST AMERICAN TITLE INSURANCE COMPANY
### Exhibit "A"

Vested Owner: BGP I, LLC, A WASHINGTON LIMITED LIABILITY COMPANY

Real property in the County of King, State of Washington, described as follows:

LOTS 7 AND 8, EXCEPT THAT PORTION THEREOF LYING NORTHWESTERLY OF A LINE WHICH IS PARALLEL TO AND 67.5 FEET SOUTHEASTERLY, MEASURED AT RIGHT ANGLES, FROM THE NORTHWESTERLY LINE OF SAID LOTS;

TOGETHER WITH LOTS 9 AND 10, EXCEPT THAT PORTION THEREOF LYING NORTHWESTERLY OF A LINE WHICH IS PARALLEL TO AND 80 FEET SOUTHEASTERLY MEASURED AT RIGHT ANGLES FROM THE NORTHWESTERLY LINE OF SAID LOTS;

EXCEPT SOUTHWESTERLY 9.24 FEET OF SAID LOT 10, ALL IN BLOCK 57 OF SECOND PLAT OF WEST SEATTLE BY THE WEST SEATTLE LAND AND IMPROVEMENT COMPANY, ACCORDING TO THE PLAT THEREOF RECORDED IN VOLUME 3 OF PLATS, PAGE 53, RECORDS OF KING COUNTY, WASHINGTON.

Tax Parcel Number: 927420-3975-01

Situs Address: 1703 41st Avenue Southwest, Seattle, WA 98116

X _____  X _____ / _____
Seller      Buyer