Entered on Docket June 25, 2015

**Below is the Order of the Court.**



_____
**Marc Barreca
U.S. Bankruptcy Judge**
**(Dated as of Entered on Docket date above)**

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF WASHINGTON AT SEATTLE

In re:

BOBBY G. PADGETT, II,

                Debtor.

Case No. 13-20505-MLB

*EX PARTE* ORDER AUTHORIZING EMPLOYMENT OF JIM MYERS AND RE/MAX METRO REALTY, INC., AS REAL ESTATE AGENTS FOR THE ESTATE

THIS MATTER, having come on for hearing *ex parte* before Judge Marc Barreca and it appearing that no notice of hearing is required to be given and that no adverse interest or conflict of interest exists and that the employment of Jim Myers and RE/MAX Metro Realty, Inc., as real estate agents to sell real property of the estate is in the best interest of the estate and this case is one justifying employment of Jim Myers and RE/MAX Metro Realty, Inc., under the terms of the attached listing agreement, it is hereby

ORDERED that the Trustee be and hereby is authorized to employ Jim Myers and RE/MAX Metro Realty, Inc., pursuant to 11 U.S.C. §330, as real estate agents for the Trustee in

*EX PARTE* ORDER AUTHORIZING EMPLOYMENT
OF REAL ESTATE AGENT FOR THE ESTATE
Page 1

**WOOD & JONES, P.S**.
303 N 67th Street
SEATTLE , WA 98103
(206) 623-4382

the matter described above and under the terms and conditions more fully set forth in the Trustee's *ex* *parte* application, with all compensation subject to Court order upon notice to creditors and a hearing.

///END OF ORDER///

Presented by:

WOOD & JONES, P.S.

*/s/ Denice E. Moewes*
Denice E. Moewes, WSBA #19464, Attorney
for Michael B. McCarty, Chapter 7 Trustee

Myers – Order to Hire

*EX PARTE* ORDER AUTHORIZING EMPLOYMENT
OF REAL ESTATE AGENT FOR THE ESTATE
Page 2

**WOOD & JONES, P.S**.
303 N 67th Street
SEATTLE , WA 98103
(206) 623-4382