**Below is the Order of the Court.**

_____
**Chris M. Alston
U.S. Bankruptcy Judge**
**(Dated as of Entered on Docket date above)**

---

Judge: New Judge
Chapter: Chapter 7

UNITED STATES BANKRUPTCY COURT FOR THE
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| In re:<br><br>BOBBY PADGETT,<br><br>Debtor. | Bankruptcy No. 13-20505<br><br>ORDER APPROVING COMPROMISE AND SETTLEMENT OF ADVERSARY PROCEEDING NUMBER 14-1415 CAPTIONED AS MCCARTY V. BGP I, LLC., ET. AL. |

THIS MATTER having come before the Honorable New Judge on the Trustee's Motion for Order Approving Compromise and Settlement of Adversary Proceeding Number 14-1415 Captioned as McCarty v. BGP I, LLC, Bobby Padgett II and Dawn Padgett, and Bobby Padgett I and Geraldine Padgett ("Trustee's Motion"); the Court finding that notice of the Trustee's Motion was given to all creditors listed on the mailing matrix as evidenced by the Declaration of Mailing on file with the Court and hence the Court finds that notice of the Trustee's Motion was adequate, timely, and in compliance with the Bankruptcy Code and Rules; the Court having

ORDER APPROVING COMPROMISE AND
SETTLEMENT OF ADVERSARY PROCEEDING
NUMBER 14-1040
Page 1

**Wood& Jones, P.S.**
303 N. 67th Street
Seattle WA 98103
(206) 623-4382

reviewed the Trustee's Motion, and having reviewed all objections received, and the Court having reviewed the files in the above-referenced case and deeming itself fully informed in this matter, now, it is hereby

ORDERED, ADJUDGED, AND DECREED that the Trustee's Motion be and hereby is approved and the Trustee is authorized to settle Adversary Proceeding Number 14-1415 upon the terms and conditions set forth in the Trustee's Motion; and it is further

ORDERED, ADJUDGED, AND DECREED that the Trustee is authorized to execute any documents necessary to effectuate this compromise and settlement.

*///END OF ORDER///*

Presented by:

Wood & Jones, P.S.

*/s/ Denice E. Moewes*
Denice Moewes, WSB#19464
Attorney for Trustee
Michael McCarty

ORDER APPROVING COMPROMISE AND
SETTLEMENT OF ADVERSARY PROCEEDING
NUMBER 14-1040
Page 2

**Wood & Jones, P.S.**
303 N. 67th Street
Seattle WA 98103
(206) 623-4382